**UNION BUILDING & LOAN ASS'N v. Bertha JACKSON et al.**

**No. 2816.**

Court of Civil Appeals of Texas. Beaumont.
July 12, 1935.

Rehearing Denied July 17, 1935.

W. H. Graham, of Houston, for plaintiff in error.

E. T. Chew, of Houston, for defendants in error.

O'QUINN, Justice.

This is a companion case to Union Building & Loan Association v. Pratt (Tex. Civ. App.) 84 S.W.(2d) 781, this day decided. The two cases were tried together, but separate judgments entered, and separate appeals taken. The facts are almost identical, the only difference being in the description of the property involved

(both out of the same larger tract and within a few feet of each other, and same in quantity) and the party plaintiff. The statement of facts the same, and questions of law identical. Our holdings in the Pratt Case control here, and therefore the judgment is affirmed.